IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10695
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLIE DEWAYNE BOND,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-249-1-Y
--------------------
March 20, 2001

Before JOLLY, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender for Charles Dewayne Bond ("Bond") has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Bond has received a copy of counsel's motion and brief, and has filed a pro se response in which he requests appointment of new appellate counsel. Our review of the brief filed by counsel, Bond's response, and of the record discloses no nonfrivolous point for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the APPEAL IS DISMISSED.  Bond's motion for appointment of new
counsel is DENIED AS MOOT.  See 5TH CIR. R. 42.2.